# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:24-MJ-00409-JAG |
| OSVALDO GUADALUPE SOTO-ORDUNO, JOSE ROMAN LIZARRAGA GERARDO AND JOSE EFRAIN GONZALEZ RODRIGUEZ | ) |

## CRIMINAL COMPLAINT

I, Joshua Nations, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about July 26, 2024, in the county of Spokane in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C.§§ 841(a)(1), (b)(1)(A)(vi),(viii), 846 | Conspiracy to Distribute 400 Grams or More of a Mixture Containing Fentanyl and 500 Grams of More of a Mixture Containing Methamphetamine |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Joshua Nations, Task Force Agent
_____
Printed name and title

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: June 27, 2024

_____
Judge's signature

James A. Goeke, United States Magistrate Judge
_____
Printed name and title

City and state: Spokane, Washington